

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SMITHCO CONSTRUCTION, INC., | § | No. 08-13-00191-CV |
| Appellant, | § | Appeal from the |
| | § | 394th District Court |
| v. | § | of Presidio County, Texas |
| TIERRA MINING MATERIALS, LLC, | § | (TC# 7350) |
| Appellee. | § | |

## <u>MEMORANDUM OPINION</u>

Appellant, Smithco Construction, Inc., has filed a motion to dismiss its appeal pursuant to

TEX.R.APP.P. 42.1(a)(1) which permits an appeal to be dismissed on the motion of the appellant.

Appellee does not oppose the motion. We grant the motion, deny as moot the court reporter's

request for an extension of time to file the reporter's record, and dismiss the appeal.


GUADALUPE RIVERA, Justice

October 23, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.